UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CLARA AKALARIAN<br><br>            Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION AND ONE WEST BANK, FSB<br><br>            Defendants. | CIVIL ACTION NO. 1:13-CV-00041 |

## DEFENDANTS' MOTION TO DISMISS

Defendants, OneWest Bank, FSB and Federal National Mortgage Association, (collectively, "Defendants"), move to dismiss the complaint filed by Plaintiff, Clara Akalarian.

In support of this motion, Defendants submits herewith a Memorandum of Law.

WHEREFORE, the Defendants, OneWest Bank, FSB and Federal National Mortgage Association, respectfully request that the Court dismiss the complaint of Plaintiff, Clara Akalarian, and enter judgment in their favor.

Respectfully submitted,

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and ONEWEST BANK, FSB.

By Their Attorneys,

*/s/ Samuel C. Bodurtha*
Maura K. McKelvey, #6770
Samuel C. Bodurtha, #7075
HINSHAW & CULBERTSON LLP
321 South Main Street, Suite 301
Providence, RI  02903
401-751-0842
401-273-8543 (Facsimile)

Dated:  September 2, 2014

## HEARING REQUEST

In accordance with D.R.I. LR 7(e), the Defendants, OneWest Bank, FSB and Federal National Mortgage Association, request a hearing on their motion to dismiss and estimate that one hour will be required.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 2, 2014.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha