UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re:  Mortgage Foreclosure Cases ) ) ) ) | Misc. No. 11-mc-88-M-LDA |

### REQUEST TO DISBURSE FUNDS

Now comes the Special Master appointed in the above captioned case and requests permission to disburse Use and Occupancy fees in the amounts referenced and from the subaccounts in which they are now held. This request is in accord with the stipulations filed by the respective parties and constitutes an agreed-upon disposition of the escrowed funds.

**CA 12-597**  **Papa, Jr. et al v. Mortgage Electronic Registration Systems, Inc. et al**
All Use & Occupancy funds held in escrow (which currently total $4,200) shall be disbursed as follows: (1) the sum of $2,100 shall be disbursed to Anthony A. Papa and Toni L. Papa [payment to be made to Mindy Montecalvo, as attorney for Anthony A. Papa and Toni L. Papa]; and (2) the sum of $2,100 shall be disbursed to defendants Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association [payment to be made to Schectman Halperin Savage, LLP, as attorneys for Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association].

**CA 13-247**  **Ogando v. Federal Home Loan Mortgage Corporation et al**
All Use & Occupancy funds held in escrow (which currently total $500) shall be disbursed as follows: (1) the sum of $280 shall be disbursed to the

Fee Billing Escrow Fund, as payment for the Plaintiff's outstanding retainer invoices; and (2) the sum of $220 shall be disbursed to the Plaintiff, Sonja Ogando [payment to be made to Todd S. Dion, as attorney for Sonja Ogando].

The below Plaintiff recently dismissed her case voluntarily. Prior to the voluntary dismissal there was no legal claim of entitlement to the Use & Occupancy funds filed by Defendants. Therefore, consistent with the Court's global order of June 25, 2014 (ECF 2343, pp 4-5), the Special Master requests permission to disburse the Use & Occupancy funds as follows:

**CA 13-041**     **Akalarian v. Federal National Mortgage Assoc. et al**
All Use & Occupancy funds held in escrow (which currently total $5,600) shall be disbursed to the Plaintiff, Clara Akalarian [payment to be made to Keven McKenna, as attorney for Clara Akalarian].

Respectfully submitted,

/s/ Barbara Hurst                                              9/22/2014
Barbara Hurst                                                  Date
Deputy Special Master

IT IS SO ORDERED.

_____                                      9/23/14
John J. McConnell, Jr.                                         Date
United States District Judge

2